UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMMIE J. QUINN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 6:09-cv-1767-Orl-28DAB
(6:07-cr-85-Orl-28DAB)

## ORDER

This case is before the Court on Petitioner's Reply to the Government's Response to Show Cause and Supplemental Motion for Reconsideration (Doc. No. 42). On January 11, 2001, this Court denied Petitioner's Motion for Reconsideration, in which he sought reconsideration of the Court's Order granting in part and denying in part his motion for return of property(Doc. No. 41). Petitioner seeks the return of a Sony video camcorder and two compact disks. The Court found that the Government demonstrated that it has a legitimate reason to retain the items as they were likely used to produce images of child pornography and also likely contain images of child pornography (Doc. No. 41). Petitioner has not noted any change in the factual or legal underpinning upon which the Court based its previous Order. Therefore, Petitioner has failed to demonstrate sufficient grounds warranting reconsideration of the Court's prior order.

Accordingly, it is **ORDERED** that Petitioner's Reply to the Government's Response to Show Cause and Supplemental Motion for Reconsideration (Doc. No. 42) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 25 day of January, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/24
Tommie J. Quinn
Counsel of Record